Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:<br>KENNETH WILLIAM LLOYD<br>LEIGH ROSE LLOYD<br><br>Debtors | CASE NO: 10-28187<br><br>Chapter 13    FILED ELECTRONICALLY<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

**TRUSTEE'S MOTION TO DISMISS**

Kevin R. Anderson, Standing Chapter 13 Trustee, recommends that the above referenced case be dismissed due to the Debtors' failure to comply with the Federal Rules of Bankruptcy Procedure, and/or the Local Rules for the District of Utah:

    a.    The Debtors filed a Chapter 13 petition on June 16, 2010, and the 341 Meeting is scheduled for July 26, 2010   9:00 am.

    b.    On June 17, 2010, the Court entered a deficiency notice of missing papers, including the Chapter 13 Stmt of Current Monthly and Disposable Income , Attorney Disclosure Statement, Chapter 13 Plan, Payment Advices/Evidences of Payment, Statistical Summary of Certain Liabilities, Statement of Affairs and Schedules.

    c.    The deadline to file the Chapter 13 Stmt of Current Monthly and Disposable Income , Attorney Disclosure Statement, Chapter 13 Plan, Payment Advices/Evidences of Payment, Statistical Summary of Certain Liabilities, Statement of Affairs and Schedules was June 30, 2010 (see 11 U.S.C. § 1321, Fed. R. Bankr. P. 3015(b) and Local Rule 1007-2(a)(2)) and 11 U.S.C. § 521(a)(1)(B), Fed. R. Bankr. P. 1007(b)-(c),

and Local Rule 5005-1(b)).

    d.   Because the required bankruptcy papers were not filed, the Trustee will be unable to adequately review this case before the 341 Meeting on July 26, 2010 and will be unable to conduct a meaningful examination of the Debtors at such meeting.

    THEREFORE, based on the foregoing, the Trustee moves the Court for the entry of an Order dismissing this case under 11 U.S.C. § 1307(c)(1) and (3). If an objection is not filed within 20 days after service of this Motion to Dismiss and served upon the Trustee, the clerk must enter an order dismissing the case. Unless the Court orders otherwise, any objection to the Trustee's Motion to Dismiss will be heard at the confirmation hearing scheduled for August 31, 2010.

DATED: July 19, 2010

                                KRA /S/
                                KEVIN R. ANDERSON
                                CHAPTER 13 TRUSTEE

### CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on July 19, 2010:

KENNETH WILLIAM LLOYD and LEIGH ROSE LLOYD, 470 ROOSEVELT CIRCLE 30-6, ROOSEVELT, UT  84066

ROBERT S. PAYNE, ECF NOTIFICATION

                                /s/
                                Office of Chapter 13 Trustee